### DEACERO, S.A. DE C.V., Plaintiff–Appellant,

v.

### CORE FURNACE SYSTEMS CORP. (formerly known as Techint Technologies, Inc.), Defendant–Appellee.

No. 06–1108.

United States Court of Appeals, Federal Circuit.

Feb. 16, 2006.

ON MOTION

*ORDER*

The parties move jointly to dismiss DeAcero, S.A. de C.V.'s appeal, 06–1108, of the November 21, 2005 order of the United States District Court for the Western District of Pennsylvania in *DeAcero, S.A. de C.V. v. Core Furnace Sys. Corp.,* 403 F.Supp.2d 405 (2005).

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The joint motion to dismiss is granted.

(2) Each side shall bear its own costs.

(3) All pending motions are moot.

### Louis J. DE MAIO, Petitioner,

v.

### DEPARTMENT OF the TREASURY, Respondent.

No. 06–3137.

United States Court of Appeals, Federal Circuit.

Feb. 17, 2006.

Louis J. De Maio, pro se.

**ORDER**

Order Vacated, See 2006 WL 751858.

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.